| | |
|---|---|
| Attorney or Party without Attorney:<br>Randal M. Barnum<br>Law Offices Of: Randal M. Barnum<br>279 East H Street<br>Benicia, CA 94510<br>Telephone No: 707.745.3747   FAX No: 707.745.4580<br>Attorney for: Plaintiff | For Court Use Only<br>Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFONRIA

Plaintiff: Powell
Defendant: G.S.E. Construction Company

**PROOF OF SERVICE**
**SUMMONS & COMPLAINT**

| Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-01885 |
|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Notice Of Assignment Of Case To A Us Magistrate; Order Setting Initial Case Management Conference & Adr Deadlines; Court Instruction Form

3. a. Party served:        Orlando Gutierrez
   b. Person served:       Deborah LaFond, Secretary

4. Address where the party was served:   1020 Shannon Court
                                          Livermore, CA 94550

5. I served the party:
   b. **by substituted service.** On: Mon., Apr. 14, 2008 at: 12:07PM by leaving the copies with or in the presence of:
      Deborah LaFond, Secretary
      (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Apr. 14, 2008 from: Benicia, CA
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. Rick Greenebaum
   b. **Alpha Legal Service, Inc.**
      836-B Southampton Rd., Suite 182
      Benicia, CA 94510
   c. (925) 927-7357

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:  $65.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:  1022
      (iii) County:  Alameda
      (iv) Expiration Date:  Mon, Sep. 07, 2009

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Sun, Apr. 20, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(Rick Greenebaum)

rbarn.389

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Randal M. Barnum<br>Law Offices Of: Randal M. Barnum<br>279 East H Street<br>Benicia, CA 94510 | | |
| Telephone No: 707.745.3747   FAX: No: 707.745.4580 | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFONRIA

Plaintiff: Powell
Defendant: G.S.E. Construction Company

## AFFIDAVIT OF REASONABLE DILIGENCE

| Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-01885 |
|---|---|---|---|

1. I, Alpha Legal Service, Inc. Rick Greenebaum, and any employee or independent contractors retained by Alpha Legal Service, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Orlando Gutierrez as follows:

2. Documents:   SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES; COURT INSTRUCTION FORM.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 04/10/08 | 10:32am | Business | Subject Unavailable; Attempt made by: Rick Greenebaum. Attempt at: 1020 Shannon Court Livermore CA. 94550. |
| Fri | 04/11/08 | 1:14pm | Business | Subject Unavailable; Attempt made by: Rick Greenebaum. Attempt at: 1020 Shannon Court Livermore CA. 94550. |
| Mon | 04/14/08 | 12:07pm | Business | Substituted Service on: Orlando Gutierrez Business - 1020 Shannon Court Livermore, CA. 94550 by Serving: Deborah LaFond, Secretary a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Rick Greenebaum |
| Mon | 04/14/08 | | | Mailed copy of Documents to: Orlando Gutierrez |

3. Person Executing
   a. Rick Greenebaum
   b. Alpha Legal Service, Inc.
      836-B Southampton Rd., Suite 182
      Benicia, CA 94510
   c. (925) 927-7357

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $65.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 1022
      (iii) County: Alameda
      (iv) Expiration Date: Mon, Sep. 07, 2009

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Sun, Apr. 20, 2008

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Rick Greenebaum)

rbarn.389