RICHARD N. HILL, Bar No. 083629
APRIL N. LOVE, Bar No. 255527
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
G.S.E. CONSTRUCTION COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GREGORY POWELL,<br><br>Plaintiff,<br><br>v.<br><br>G.S.E. CONSTRUCTION COMPANY, INC.,<br><br>Defendant. | Case No. C08-01885<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Complaint Filed: April 8, 2008 |

Defendant G.S.E. CONSTRUCTION COMPANY, INC. (hereinafter "Defendant"), by and through its undersigned counsel, hereby submits its Answer to Plaintiff's Complaint. All allegations not specifically admitted in this Answer are denied. For its Answer to Plaintiff's Complaint, Defendant admits, denies, and alleges as follows:

1. In response to Paragraph 1 of Plaintiff's Complaint, Defendant admits that Plaintiff purports to bring this lawsuit pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), 38 U.S.C. Sections 4301-4333, and California Military and Veterans Code Section 394, and further admits that Plaintiff seeks relief pursuant to the aforementioned statutes. Defendant denies the remaining allegations contained therein.

2. In response to Paragraph 2 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

3. In response to Paragraph 3 of Plaintiff's Complaint, Defendant admits that this Court appropriately exercises jurisdiction and venue over Plaintiff's claims. However, Defendant denies

engaging in any unlawful employment action with regard to Plaintiff.

4. In response to Paragraph 4 of Plaintiff's Complaint, Defendant admits, based on information and belief, the allegations contained therein.

5. In response to Paragraph 5 of Plaintiff's Complaint, Defendant admits that Plaintiff was employed by Defendant from approximately May 2005 to September 2007. However, Defendant denies that Plaintiff was employed exclusively at Defendant's principal place of business in Livermore, California.

6. In response to Paragraph 6 of Plaintiff's Complaint, Defendant admits that Plaintiff held the position of non-union Field Mechanic until he was deployed to Iraq in July 2006, and that Plaintiff returned from his service in Iraq in approximately April 2007. Plaintiff further admits that Defendant was laid off for lack of work in September 2007. Defendant denies the remaining allegations contained therein.

7. In response to Paragraph 7 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

8. In response to Paragraph 8 of Plaintiff's Complaint, Defendant denies that Plaintiff was "in all respects qualified for the subject employment position of Field Mechanic." Plaintiff admits the remaining allegations contained therein.

### FIRST CAUSE OF ACTION
### (Violation of USERRA (38 U.S.C. Sections 4301-4333))

9. Defendant hereby incorporates by reference its responses to Paragraphs 1-8 of the Complaint as its response to Paragraph 9.

10. In response to Paragraph 10 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

11. In response to Paragraph 11 of Plaintiff's Complaint, Defendant denies that it failed to reemploy Plaintiff to a position of employment as required by 38 U.S.C. Section 4313. Defendant admits the remaining allegations contained therein.

12. In response to Paragraph 12 of Plaintiff's Complaint, Defendant denies that it denied Plaintiff's rights in violation of 38 U.S.C. Section 4316. Defendant admits the remaining allegations

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT (NO. C08-01885)   2.

contained therein.

13. In response to Paragraph 13 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

## SECOND CAUSE OF ACTION
### (Violation of California Military and Veterans Code Section 394)

14. Defendant hereby incorporates by reference its responses to Paragraphs 1-13 of the Complaint as its response to Paragraph 14.

15. In response to Paragraph 15 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

16. In response to Paragraph 16 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

17. In response to Paragraph 17 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

18. In response to Paragraph 18 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

## THIRD CAUSE OF ACTION
### (Tortious Discharge in Violation of Public Policy)

19. Defendant hereby incorporates by reference its responses to Paragraphs 1-18 of the Complaint as its response to Paragraph 19.

20. In response to Paragraph 20 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

21. In response to Paragraph 21 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

22. In response to Paragraph 22 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

23. In response to Paragraph 23 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

24. In response to Paragraph 24 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT (NO. C08-01885)   3.

25. In response to Paragraph 25 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

26. In response to Paragraph 26 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

27. In response to Paragraph 27 of Plaintiff's Complaint, Defendant denies the allegations contained therein, except to admit that Plaintiff filed this action within the applicable statute of limitations.

### AFFIRMATIVE DEFENSES

1. AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff has failed to state a claim upon which relief may be granted.

2. AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to properly mitigate any damages he may have suffered.

3. AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff's claims are subject to the doctrine of after-acquired evidence and as such, any remedy or recovery to which Plaintiff may be entitled must be denied or reduced accordingly.

4. AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff declined Defendant's offer to reemploy him as an in-shop mechanic upon his return from military leave, choosing to pursue a laborer/welding position instead.

5. AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that all employment actions taken with regard to Plaintiff were taken in good faith and for lawful, legitimate, non-prohibited, or independent reasons.

6. AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that any humiliation, mental anguish, and/or emotional distress suffered by Plaintiff was caused by some other entity or person(s) other than Defendant.

7. AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff has failed to state facts sufficient to set forth a claim for general, special, or punitive damages. Moreover, Defendant has committed no acts justifying an award of punitive damages.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT (NO. C08-01885)    4.

8.   AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff has failed to state a claim for which attorneys' fees and costs may be granted.

9.   AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff has failed to state facts sufficient to set forth a claim for liquidated damages pursuant to 38 U.S.C. 4323(d)(C). Moreover, Defendant has engaged in no willful conduct justifying an award of liquidated damages.

10.   AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that assuming, *arguendo*, that Defendant violated USERRA, the California Military and Veterans Code, or some other law (which Defendant adamantly denies), Plaintiff's claims remain barred, in whole or in part, because even without any said impermissible factor, all employment actions taken by Defendant would still have been taken due to lawful, legitimate, non-prohibited, or independent reasons.

## ADDITIONAL DEFENSES

Because Plaintiff's Complaint is couched in conclusory and vague terms, Defendant cannot fully anticipate all of the affirmative defenses that may be applicable to this case. Accordingly, Defendant respectfully reserves the right to amend this Answer to add other applicable defenses revealed during any later proceedings in this case.

## DEMAND FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1.   That Plaintiff takes nothing by reason of the Complaint;

2.   That judgment be entered on the Complaint in favor of Defendant and against Plaintiff, and that the Complaint be dismissed with prejudice; and

3.   For such other and further relief as the Court may deem just and proper.

Dated: May 2, 2008

/s/ Richard N. Hill
RICHARD N. HILL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
G.S.E. CONSTRUCTION COMPANY, INC.

Firmwide:85051496.1 037695.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT (NO. C08-01885)   5.