IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN GREGORY POWELL,

    Plaintiff,

v.

G.S.E. CONSTRUCTION COMPANY, INC.,

    Defendant.

No. C08-01885-EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 2, 2008

/s/ Richard N. Hill
Signature

Counsel for G.S.E. Construction Co., Inc.,
(Name or party or indicate "pro se")