FROM :                          FAX NO. :707-745-4580           Jul. 01 2008 01:59PM  P2/7

RANDAL M. BARNUM (SBN: 111287)
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, CA 94510
Phone: 707/745-3747
Fax No: 707/745-4580

Attorney for Plaintiff
Stephen Gregory Powell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN GREGORY POWELL,            Case No. C08-01885

    Plaintiff,                **STIPULATION OF DISMISSAL**

vs.

G.S.E. CONSTRUCTION
COMPANY, INC.

    Defendant.
_____/

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party is to bear its own costs and attorney's fees.

Dated: July 1, 2008

_____
Stephen Gregory Powell
Plaintiff

Randal M. Barnum, Law Offices of Randal M. Barnum, Attorneys for Plaintiff, Stephen Gregory Powell

Dated: July 2, 2008

_____
Orlando Gutierrez
Chief Executive Officer on
behalf of G.S.E. Construction
Company, Inc.

Richard N. Hill, Littler Mendelson
Attorneys for GSE Construction Company, Inc.